IDA R. HENDRICK et al., as Administrators of WILLIS P. HENDRICK, Deceased, Appellants, *v.* FRANK J. PATTERSON, Respondent, Impleaded with Another.

*Hendrick* v. *Patterson,* 61 App. Div. 616, affirmed.
(Argued March 16, 1904; decided April 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*John Conboy* for appellants.

*E. H. Neary* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JEREMIAH A. McCUE, Appellant.

*People* v. *McCue,* 87 App. Div. 72, affirmed.
(Argued March 17, 1904; decided April 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made October 9, 1903, which affirmed a judgment of the Westchester County Court entered upon a verdict convicting the defendant of the crime of poolselling.

*John F. Brennan* for appellant.

*J. Addison Young* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.